C. Brooks Cutter, Esq., (SBN 121407)
John R. Parker, Jr., Esq., (SBN 257761)
**CUTTER LAW, P.C.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290.9400
Facsimile:  (916) 669-4499

Robert A. Buccola, Esq. (SBN 112880)
Steven M. Campora Esq. (SBN 110909)
**DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ENGER, an individual on behalf of herself and a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation, LAURA GALLAGHER, DEANNE LASHBROOK, WARREN WOOD, and DOES 1-10<br><br>    Defendants. | **Case No.: 4:16-cv-00136-JWS**<br>**[Superior Court Case No.: CIV536091]**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR RESPONSES AND REPLIES TO DEFENDANTS LAURA PURDY, DEANNE LASHBROOK AND WARREN WOOD'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANTS ALLSTATE INSURANCE COMPANY AND ALLSTATE PROPERTY AND CASUALTY COMPANY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: March 3, 2016<br>Time: 11:00 a.m. |

On January 15, 2016 Defendants Laura Purdy, Deanne Lashbrook and Warren Wood filed their Motion to Dismiss Plaintiffs' First Amended Complaint, including a Request for Judicial Notice in support thereof, scheduled for hearing on March 3, 2016.  Additionally, on January 15,

2016 Defendants Allstate Insurance Company and Allstate Property and Casualty Company filed its Motion to Dismiss Plaintiffs' First Amended Complaint, including a Request for Judicial Notice in support thereof, also scheduled for hearing on March 3, 2016.  (Motions to Dismiss hereinafter collectively "Motions.")

Responses to the Motions are due by January 29, 2016.  Responses to the Request for Judicial Notices to the Motions are due by January 29, 2016.  Replies to the Motions are due by February 5, 2016.

The parties, by and through their undersigned counsel of record, do hereby stipulation and agree to extent the deadlines to give the parties additional time to prepare Responses and Replies to the Motions.  The parties stipulate as follows:

Responses to the Motions are extended from January 29, 2016 to February 19, 2016.

Responses to the Request for Judicial Notices to the Motions are extended from January 29, 2016 to February 19, 2016.

Replies to the Motions are extended from February 5, 2016 to March 11, 2016.

The Motions will be heard on April 8, 2016 at 9:00 a.m.

**IT IS SO STIPULATED:**

Dated: January 26, 2016           CUTTER LAW, P.C.

                                  By:  /s/ John R. Parker, Esq.
                                       C. Brooks Cutter, Esq.
                                       John R. Parker, Jr., Esq.
                                       *Attorneys for Plaintiffs*

Dated: January 26, 2106           DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP

                                  By:  /s/ Steven M. Campora
                                       Robert A. Buccola, Esq.
                                       Steven M. Campora Esq.
                                       *Attorneys for Plaintiffs*

Dated: January 26, 2016                                  DENTONS US LLP


By:   /s/ Sonia Martin, Esq.
      Sonia Martin, Esq.
      Anna Shiran, Esq.
      *Attorneys for Defendants Allstate Insurance Company, Allstate Property and Casualty Company, Laura Gallagher, Deanne Lashbrook and Warren Wood*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Responses to the Motions are extended from January 29, 2016 to February 19, 2016.

Responses to the Request for Judicial Notices to the Motions are extended from January 29, 2016 to February 19, 2016.

Replies to the Motions are extended from February 5, 2016 to March 11, 2016.

The Motions will be heard on April 8, 2016 at 9:00 a.m.

Dated: January 27, 2016                  _____
                                         Honorable Jeffery S. White
                                         U.S. District Court California Northern District