1  SONIA R. MARTIN (Bar No. 191148)
   sonia.martin@dentons.com
2  ANNA SHIRAN (Bar No. 260911)
   anna.shiran@dentons.com
3  DENTONS US LLP
   525 Market Street, 26th Floor
4  San Francisco, California 94105-2708
   Telephone:  (415) 882-5000
5  Facsimile:  (415) 882-0300

6  Attorneys for Defendants
   ALLSTATE INSURANCE COMPANY, ALLSTATE
7  PROPERTY AND CASUALTY COMPANY, LAURA
   GALLAGHER, DEANNE LASHBROOK, and
8  WARREN WOOD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ENGER, an individual on behalf of herself and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and ALLSTATE PROPERTY AND CASUALTY COMPANY, an Illinois Corporation, LAURA GALLAGHER, DEANNE LASHBROOK, WARREN WOOD, and DOES 1-10,<br><br>Defendants. | Case No.: 4:16-cv-00136-JSW<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date: April 15, 2016<br>Time: 11:00 a.m. |

1  Pursuant to the parties' Stipulation to Continue Case Management Conference and GOOD
2  CAUSE APPEARING, the Case Management Conference currently scheduled for April 15, 2016
3  is hereby continued to June 3, 2016 at 11:00 a.m.

4

5  IT IS SO ORDERED.

6

7  Dated: March 21, 2016

UNITED STATES DISTRICT COURT JUDGE

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000