UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ENGER,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No.  16-cv-00136-JSW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 31 |

On April 5, 2016, this Court granted the Individual Defendants' motion to dismiss without leave to amend and granted Defendant Allstate's motion to dismiss with leave to amend. The Court granted Plaintiff leave to file an amended complaint in accordance with the terms of the order granting the motion to dismiss and consistent with allegations of the original Complaint in this action by no later than April 26, 2016. *See Reddy v. Litton Indus., Inc.*, 912 F.2d 291, 297 (9th Cir. 1990) ("amended complaint may only allege other facts consistent with the challenged pleading" (internal quotation omitted)). The Court cautioned that if no amended complaint were filed by April 26, 2016, the case would be dismissed with prejudice.

The deadline has passed, and Plaintiff has not filed an amended complaint. Accordingly, the Court hereby dismisses this action with prejudice. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 25, 2016

_____
JEFFREY S. WHITE
United States District Judge